RECEIVED

AUG 0 7 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**MEMORANDUM**

23 CV - 3 3 6 GKF - SH

To: Clerk of the Court

From: **Brian Melson** (Petitioner) – OK DOC# 835327

RE: <u>Filing of Habeas</u>

Clerk I <u>*sincerely apologize*</u> for the oversized pleading before you, today. The United States District Court(s) have held they will not advocate on behalf of pro se, incarcerated litigants so I attempted to be as detailed as I could with the limited research abilities of an incarcerated litigant. Please forgive me, for the inconvenience bestowed upon you and the court. I am greatly appreciative of your service(s).

- I have enclosed three (3) **separate & distinct** habeas petition(s), [*as mandated by the Rule(s) of the Court*], to be filed simultaneously. I fully understand that there is a $5.00 file fee per Habeas Petition(s) and that I owe the Clerk's Office $15.00. Once these case(s) are filed, will you please provide me a letter with all three-case number(s). Once I have this information I will be able to process the mandatory DOC paperwork to have DOC TRUST mail the funds to the court.

- The "primary" case to be filed is the largest stack of paper and the leading case. The two other case(s) are separated in envelope(s) with their exhibit(s) behind those envelope(s). I have stacked the smaller cases on the bottom of the primary case in the order for filing.

- Please bring to the attention of the Court the Motion(s) filed as I have included a motion to merge all three case(s) into a single appeals case to ease the burden of the court in a judicating my case(s).

THANK YOU SO VERY MUCH FOR YOUR ASSISTANCE.

Respectfully,

/s/ _____

Brian Melson, #835327